IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ORDER SONS OF ITALY IN AMERICA OF THE STATE OF NEBRASKA and COLUMBIA NATIONAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA FOODS, LLC and SYSCO CORPORATION,<br><br>Defendants. | 8:19CV21<br><br>**ORDER TO SHOW CAUSE** |

    Currently pending before the Court are defendants Ventura Foods, LLC and Sysco Corporation's (collectively, "defendants") Motion for Sanctions (Filing No. 73), Motion for Summary Judgment (Filing No. 75), and "Motion to Exclude Causation Testimony by Plaintiffs' Expert Witness Kenneth R. Scurto" (Filing No. 77). Plaintiffs The Order Sons of Italy in America of the State of Nebraska and Columbia National Insurance Company (collectively, "plaintiffs") have not responded to these motions and the deadlines have passed. The Court orders the plaintiffs to show cause on or before May 8, 2020, why sanctions should not be ordered against them, summary judgment should not be entered in the defendants' favor, and the expert testimony should not be excluded. Failure to respond may result in the Court ruling on the motions without further notice.

    IT IS SO ORDERED.

    Dated this 30th day of April 2020.

                                                           BY THE COURT:

                                                           Robert F. Rossiter, Jr.
                                                           United States District Judge